| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Martha Revis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Tennessee (State) |
| Case number | 3:16-bk-02415 |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC fka Green Tree Servicing LLC

**Court claim no.** (if known): 14-2

**Last four digits** of any number you use to identify the debtor's account: 4055

**Date of payment change:** Must be at least 21 days after date of this notice  09/01/2017

**New total payment:** Principal, interest, and escrow, if any  $1,486.14

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $187.66     **New escrow payment:** $212.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** ____%     **New interest rate:** ____%
   **Current principal and interest payment** $____     **New principal and interest payment:** $____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   
   **Reason for change:** ____
   **Current mortgage payment:** $____     **New mortgage payment:** $____

| Debtor 1 | Martha | | Revis | Case Number *(if known)* | 3:16-bk-02415 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Natalie E. Lea  
Signature

Date: 08/02/2017

Print: Natalie E. Lea  
First Name  Middle Name  Last Name

Title: Authorized Agent for Ditech Financial LLC

Company: Buckley Madole, P.C.

Address: 14841 Dallas Parkway, Suite 300  
Number  Street

Dallas, Texas 75254  
City  State  Zip Code

Contact phone: (972) 643-6600  
Email: POCInquiries@BuckleyMadole.com

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 3, 2017 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Martha Revis
3185 Tristan Dr
Franklin, TN 37064

**Debtors' Attorney**
J. Robert Harlan
Harlan, Slocum & Quillen
PO Box 949
Columbia, TN 38402-0949

**Chapter 13 Trustee**
Henry Edward Hildebrand, III
Office Of The Chapter 13 Trustee
Po Box 340019
Nashville, TN 37203-0019

Respectfully Submitted,

/s/ **Natalie E. Lea**