Charles M. Walker  
U.S. Bankruptcy Judge  
Dated: 8/25/2017



**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  CASE NO. 16-02415-CW3-13  
MARTHA REVIS  
3185 TRISTAN DR  
FRANKLIN, TN  37064  
SSN XXX-XX-7672

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT**  
**PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Direct debtor 1 to increase from **$4,038.00** MONTHLY to **$4,063.00** MONTHLY

The continuing **mortgage** payment made to **DITECH FINANCIAL LLC** shall increase from **$1,461.21 to $1,486.14** beginning with the **08/17** disbursement.

The base shall **increase from $251,150.00 to $252,325.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors. Impacted creditors may be:

**COMMUNITY WEST BANK NA** at **$1693.30** per month.  
**SYNOVUS BANK** at **$176.65** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED  
ELECTRONICALLY AS INDICATED AT THE TOP  
OF THE FIRST PAGE.

NOTICE TO:  
MARTHA REVIS  3185 TRISTAN DR, FRANKLIN, TN  37064  
J ROBERT HARLAN  P O BOX 949, COLUMBIA, TN  38402-0949  
DITECH FINANCIAL LLC  P O BOX 6154, RAPID CITY, SD  57709  
DITECH FINANCIAL LLC  P O BOX 0049, PALATINE, IL  60055  
TIMOTHY D PADGETT PA  6267 OLD WATER OAK ROAD,  TALLAHASSEE, FL  32312  
AFFECTED CREDITORS

COMMUNITY WEST BANK NA

SYNOVUS BANK

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.